UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12m-5206-JGD |
| ) | |
| SCOTT MORRILL, ) | |
| a/k/a sarshamom@yahoo.com, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF FED. R. CRIM P. 5 PROCEEDING

I, Michael Carvalho, Special Agent, Homeland Security Investigations, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding arrest warrant for one, SCOTT MORRILL, a/k/a sarshamom@yahoo.com, concerning an allegation in the District of Alaska (case no. # 3:11-cr-00104-HRH-JDR) that he distributed child pornography in violation in 18 U.S.C. § 2252(a)(2) and (b)(1), and I do hereby make oath that the aforementioned arrest warrant is outstanding in said District on the basis of the information set out above.

MICHAEL CARVALHO
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 1st day of August, 2012.

JUDITH G. DEIN
Chief United States Magistrate Judge

AO 442 (Rev. 12/85) Warrant for Arrest

*12m-5206-JGD*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

v.

SCOTT MORRILL
aka "sarshamom@yahoo.com

*** S E C R E T ***

## WARRANT FOR ARREST

CASE NUMBER: 3:11-cr-00104 HRH-JDR

COPY

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SCOTT MORRILL and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Distribution of Child Pornography

in violation of Title 18 United States Code, Section(s) 2252(a)(2) and (b)(1)

| | |
|---|---|
| Marvel Hansbraugh<br>Name of Issuing Officer<br>by _____ Deputy Clerk.<br>Signature of Issuing Officer | Clerk of Court<br>Title of Issuing Officer<br>November 17, 2011 Anchorage, AK<br>Date and Location |
| Bail Fixed at $ TO BE DETERMINED | by DEBORAH M. SMITH |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |